UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 12-CR-10209-JLT |
| | ) | |
| THOMAS J. RICHARDSON | ) | |
| | ) | |

## DEFENDANT'S ASSENTED-TO MOTION TO SCHEDULE RULE 11 HEARING

The defendant, Thomas J. Richardson, who is charged with possession of child pornography, moves that proceedings be concluded before the Magistrate Judge, and that the matter be scheduled for a Rule 11 hearing before the District Judge. The parties have reached agreement on a guilty plea pursuant to Rule 11(c)(1)(c). The United States, through Assistant United States Attorney Stacy Belf, assents to this motion. In addition, the defendant waives his speedy trial rights from February 4 until the next hearing date in the District Court.

The defendant further moves that the Court act on this motion prior to February 4, and obviate the need for the status hearing currently scheduled for that date.

WHEREFORE, the defendant moves that proceedings be concluded before the Magistrate Judge, and that the matter be scheduled for a Rule 11 hearing before the District Judge.

Thomas J. Richardson
By His Attorney

CARNEY & BASSIL

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

January 29, 2013

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

2